UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. MAXEY,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>            Defendants. | Case No. 2:13-CV-02620 JAM-EFB<br><br>**RELATED CASE ORDER** |
| JAMES C. MAXEY,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>            Defendants. | Case No. 2:14-CV-00900 JAM-EFB |
| JAMES C. MAXEY,<br><br>            Plaintiffs,<br><br>   v.<br><br>GOVERNOR EDMUND G. BROWN, et al.,<br><br>            Defendants. | Case No. 2:14-CV-02206 KJM-EFB |
| JAMES C. MAXEY,<br><br>            Plaintiff,<br><br>   v.<br><br>GOVERNOR EDMUND G. BROWN, et al.,<br><br>            Defendants. | Case No. 2:14-CV-02507 MCE-AC |
| JAMES C. MAXEY,<br><br>            Plaintiff,<br><br>   v.<br><br>PRESIDENT BARACK OBAMA, et al.,<br><br>            Defendants. | Case No. 2:14-CV-02577 GEB-CKD |

```
JAMES C. MAXEY,                       )
                                      )
              Plaintiff,              )
     v.                               )   Case No. 2:14-CV-02606 MCE-EFB
                                      )
PRESIDENT BARACK OBAMA, et al.,       )
                                      )
              Defendants.             )
JAMES C. MAXEY,                       )
                                      )
              Plaintiff,              )
                                      )   Case No. 2:14-CV-02802 TLN-KJN
     v.                               )
                                      )
UNITED STATES OF AMERICA, et al.,     )
                                      )
              Defendants.             )
JAMES C. MAXEY,                       )
                                      )
              Plaintiff,              )
                                      )   Case No. 2:14-CV-02803 GEB-CKD
     v.                               )
                                      )
UNITED STATES OF AMERICA, et al.,     )
                                      )
              Defendants.             )
JAMES C. MAXEY,                       )
                                      )
              Plaintiff,              )
                                      )   Case No. 2:14-CV-02872 MCE-DAD
     v.                               )
                                      )
NATIONAL SECURITY AGENCY, et al.,     )
                                      )
              Defendants.             )
JAMES C. MAXEY,                       )
                                      )
              Plaintiff,              )
                                      )   Case No. 2:14-CV-02996 TLN-AC
     v.                               )
                                      )
UNITED STATES OF AMERICA, et al.,     )
                                      )
              Defendants.             )
JAMES C. MAXEY,                       )
                                      )
              Plaintiff,              )
                                      )   Case No. 2:15-CV-00326 GEB-EFB
     v.                               )
                                      )
SACRAMENTO BOARD OF SUPERVISORS,      )
et al.,                               )
                                      )
              Defendants.             )
```

| | |
|---|---|
| JAMES C. MAXEY,                        )<br>                                        )<br>            Plaintiff,                 )<br>                                        )   Case No. 2:15-CV-00552 JAM-EFB<br>     v.                                 )<br>                                        )<br>THE OFFICE OF PRESIDENT BARACK          )<br>OBAMA, et al.,                          )<br>                                        )<br>            Defendants.                 )<br>JAMES C. MAXEY,                        )<br>                                        )<br>            Plaintiff,                 )<br>                                        )   Case No. 2:15-CV-00641 TLN-GGH<br>     v.                                 )<br>                                        )<br>UNITED STATES ATTORNEY BENJAMIN         )<br>WAGNER, et al.,                         )<br>                                        )<br>            Defendants.                 ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:14-CV-02206 KJM-EFB, 2:14-CV-02507 MCE-AC, 2:14-CV-02577 GEB-CKD, 2:14-CV-02606 MCE-EFB, 2:14-CV-02802 TLN-KJN, 2:14-CV-02803 GEB-CKD, 2:14-CV-02872 MCE-DAD, 2:14-CV-02996 TLN-AC, 2:15-CV-00326 GEB-EFB, and 2:15-CV-00641 TLN-GGH be reassigned to Judge John A. Mendez and

Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:14-CV-02206 JAM-EFB, 2:14-CV-02507 JAM-EFB, 2:14-CV-02577 JAM-EFB, 2:14-CV-02606 JAM-EFB, 2:14-CV-02802 JAM-EFB, 2:14-CV-02803 JAM-EFB, 2:14-CV-02872 JAM-EFB, 2:14-CV-02996 JAM-EFB, 2:15-CV-00326 JAM-EFB, and 2:15-CV-00641 JAM-EFB.

    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

    IT IS SO ORDERED.

Dated:  April 2, 2015        /s/ John A. Mendez_____
                                  JOHN A. MENDEZ
                                  United States District Court Judge