UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. MAXEY,<br><br>     Plaintiff,<br><br>   v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>     Defendants. | No.  2:13-cv-2620-JAM-EFB PS |
| JAMES C. MAXEY,<br><br>     Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>     Defendants. | No.  2:15-cv-1243-GEB-EFB PS<br><br>RELATED CASE ORDER |

Examination of the above-entitled actions reveals that the actions are related within the meaning of E.D. Cal. Local Rule 123.  The actions arise out of the same transaction or series of transactions, involve some of the same defendants, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1   The parties should be aware that relating the cases under Local Rules 123 merely has the
2   result that both actions are assigned to the same judge; no consolidation of the actions is effected.
3   Under the regular practice of this court, related cases are generally assigned to the judge to whom
4   the first filed action was assigned.
5   IT IS THEREFORE ORDERED that the action denominated 2:15-cv-1243-GEB-EFB PS
6   be, and the same hereby is, reassigned to Judge John A. Mendez and the undersigned for all
7   further proceedings.  Henceforth the caption on all documents filed in the reassigned case shall be
8   shown as 2:15-cv-1243-JAM-EFB PS.
9   IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in
10  the assignment of civil cases to compensate for this reassignment.
11  DATED:  December 3, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE